WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
Telephone: (702) 475-7964
Facsimile: (702) 946-1345
dnitz@wrightlegal.net
*Attorneys for Plaintiff, Gracella Brownfox*

THE LAW OFFICE OF DOC HALLIDAY
Patrick E. Halliday, Esq.
Illinois Bar No. 6281828
5901 N. Prospect Rd., Ste. 7A
Peoria, Illinois 61614
Telephone: (309) 689-8982
Patrick@dochallidaylaw.com
*Pro Hac Vice Counsel for Plaintiff, Gracella Brownfox*

# U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRACELLA BROWNFOX,<br><br>Plaintiff,<br><br>vs.<br><br>PEPPERMILL CASINOS, INC.; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 18-cv-00193-MMD-VPC<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1) AND 28 U.S.C. § 1652** |

Plaintiff, Gracella Brownfox ("Plaintiff"), by and through her attorneys of record Dana Jonathon Nitz, Esq., of Wright, Finlay & Zak, LLP and Patrick E. Halliday, Esq., of The Law Office of Doc Halliday, and Defendant, Peppermill Casinos, Inc. ("Peppermill" or "Defendant"), by and through its attorneys of record Thomas P. Beko, Esq., of Erickson, Thorpe & Swainston, and hereby stipulate and agree as follows:

1. On June 14, 2018, Peppermill demanded a deposit of a five-hundred dollar ($500.00) cost bond pursuant to NRS 18.130(1) and 28 U.S.C. § 1652 from Plaintiff [ECF No. 8]; and

2. Plaintiff does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED**

DATED July 25, 2018.  DATED July 25, 2018.

ERICKSON, THORPE & SWAINSTON, LTD  WRIGHT, FINLAY & ZAK, LLC

 /s/ Thomas P. Beko, Esq.   /s/ Dana Jonathon Nitz, Esq.
Thomas P. Beko, Esq. (SBN 2653)  Dana Jonathon Nitz, Esq. (SBN 0050)
99 West Arroyo Street  7785 W. Sahara Ave., Ste. 200
P.O. Box 3559  Las Vegas, Nevada 89117
Reno, Nevada 89505  *Attorneys for Plaintiff, Gracella Brownfox*
*Attorneys for Defendant,
Peppermill Casinos, Inc.*

THE LAW OFFICE OF DOC HALLIDAY
Patrick E. Halliday, Esq.
Illinois Bar No. 6281828
5901 N. Prospect Rd., Ste. 7A
Peoria, Illinois 61614
Telephone: (309) 689-8982
Patrick@dochallidaylaw.com
*Pro Hac Vice Counsel for Plaintiff,
Gracella Brownfox*

**IT IS ORDERED** that Plaintiff will post a $500.00 security cost bond, pursuant to 28 U.S.C. § 1652 with the Clerk of this Court fifteen within (15) days after this Order is filed.

Dated this __26th__ day of __July__ 2018.

_____
UNITED STATES DISTRICT COURT JUDGE