WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
Telephone: (702) 475-7964
Facsimile: (702) 946-1345
dnitz@wrightlegal.net
*Attorneys for Plaintiff, Gracella Brownfox*

THE LAW OFFICE OF DOC HALLIDAY
Patrick E. Halliday, Esq.
Illinois Bar No. 6281828
5901 N. Prospect Rd., Ste. 7A
Peoria, Illinois 61614
Telephone: (309) 689-8982
Patrick@dochallidaylaw.com
*Pro Hac Vice Counsel for Plaintiff, Gracella Brownfox*

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRACELLA BROWNFOX, | Case No.: 18-cv-00193-MMD-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION** |
| PEPPERMILL CASINOS, INC.; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

Plaintiff, Gracella Brownfox ("Plaintiff"), by and through her attorneys of record Dana Jonathon Nitz, Esq., of Wright, Finlay & Zak, LLP and Patrick E. Halliday, Esq., of The Law Office of Doc Halliday, and Defendant, Peppermill Casinos, Inc. ("Peppermill" or "Defendant"), by and through its attorneys of record Thomas P. Beko, Esq., of Erickson, Thorpe & Swainston, and hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff's Second Cause of Action - Negligent Hiring, Training, Supervision and Retention Against Defendant is hereby dismissed without prejudice.

**IT IS SO STIPULATED**

| | |
|---|---|
| DATED August 27, 2018. | DATED August 27, 2018. |
| ERICKSON, THORPE & SWAINSTON, LTD | WRIGHT, FINLAY & ZAK, LLC |
| /s/ Thomas P. Beko, Esq. | /s/ Dana Jonathon Nitz, Esq. |
| Thomas P. Beko, Esq. (SBN 2653)<br>99 West Arroyo Street<br>P.O. Box 3559<br>Reno, Nevada 89505<br>*Attorneys for Defendant,*<br>*Peppermill Casinos, Inc.* | Dana Jonathon Nitz, Esq. (SBN 0050)<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, Gracella Brownfox* |
| | THE LAW OFFICE OF DOC HALLIDAY<br>Patrick E. Halliday, Esq.<br>Illinois Bar No. 6281828<br>5901 N. Prospect Rd., Ste. 7A<br>Peoria, Illinois 61614<br>Telephone: (309) 689-8982<br>Patrick@dochallidaylaw.com<br>*Pro Hac Vice Counsel for Plaintiff,*<br>*Gracella Brownfox* |

**ORDER**

**IT IS ORDERED** that Plaintiff's Second Cause of Action - Negligent Hiring, Training, Supervision and Retention Against Defendant is hereby dismissed without prejudice.

Dated this 28th day of August 2018.

_____
UNITED STATES DISTRICT COURT JUDGE