THOMAS P. BEKO, ESQ. (SBN 002653)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street, Reno, Nevada 89509
(775) 786-3930
tbeko@etsreno.com
*Attorneys for Defendant Peppermill Casinos, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRACELLA BROWNFOX,<br><br>Plaintiff,<br><br>vs.<br><br>PEPPERMILL CASINOS, INC., d/b/a PEPPERMILL REPORT SPA & CASINO; PEPPER MILL, INC., d/b/a PEPPERMILL RESORT SPA & CASINO; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00193- MMD-CBC |

## ORDER FOR DIMISSAL WITH PREJUDICE

Pursuant to the Parties' Stipulation for Dismissal with Prejudice [ECF No. 42], filed herein on June 13, 2019, this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

DATED this 14th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE